■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v NORMAN MCFARLANE, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Genesee County Court, Morton, J.—criminal possession of controlled substance, second degree.) Present—Dillon, P. J., Denman, Green, Balio and Davis, JJ.